UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Asia Marissa Monroe          Docket No. 5:15-MJ-1038-1

## Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Asia Marissa Monroe, who, upon an earlier plea of guilty to Level 2 Driving While Impaired, in violation of 18 U.S.C § 13 assimilating from N.C.G.S 20-138.1 and Resist, Delay or Obstruct a Police Officer, in violation of 18 U.S.C. § 13 assimilating from N.C.G.S. 14-223, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on June 10, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant gave birth during her period of probation and has not completed all of her recommended driving while impaired treatment classes. All other special conditions have been completed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The term of probation is extended 6 months to the new expiration date of December 9, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Eddie J. Smith                        /s/ Lee Holmes
Eddie J. Smith                            Lee Holmes
Supervising U.S. Probation Officer        Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910-354-2568
                                          Executed On: June 2, 2016

## ORDER OF THE COURT

Considered and ordered this __2nd__ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge