UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Asia Marissa Monroe            Docket No. 5:15-MJ-1038-1

## Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Asia Marissa Monroe, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Level 2 Driving While Impaired and 18 U.S.C. § 13, assimilating from N.C.G.S. 14-223, Resist, Delay or Obstruct a Police Officer, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on June 10, 2015, to 12 months probation under the conditions adopted by the court. On June 2, 2016, the term of probation was continued for 6 months to allow the defendant more time to complete the special conditions of probation.

On December 8, 2016, a Motion for Revocation was filed and a Summons was issued alleging that the defendant had failed to complete DWI treatment as required. A revocation hearing is scheduled for March 1, 2017, in Raleigh, NC.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

This officer verified with the Raintree Clinic that the defendant has satisfied DWI treatment as of this date. Since all conditions of probation have now been satisfied, we are recommending that the revocation hearing scheduled for March 1, 2017, be cancelled and the term of probation be allowed to expire.

**PRAYING THAT THE COURT WILL ORDER** that the Motion for Revocation filed on December 8, 2016, be withdrawn and the hearing scheduled for March 1, 2017, be cancelled which will allow the term of probation to expire.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2568<br>Executed On: February 27, 2017 |

**Asia Marissa Monroe**
**Docket No. 5:15-MJ-1038-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __28th__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge

**Asia Marissa Monroe**
**Docket No. 5:15-MJ-1038-1**
**Petition For Action**
**Page 3**

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**Asia Marissa Monroe**
**Docket No. 5:15-MJ-1038-1**